# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>(1) Silver iPhone S (model A1687) and (1) Lenovo Thinkpad Laptop (serial number PF-01D53X) | Case No.  MJ-19-65-GF-JTJ |

### AFFIDAVIT IN SUPPORT OF
### APPLICATION FOR A SEARCH WARRANT

I, Alexander Prostko, being duly sworn, depose and state as follows:

### INTRODUCTION

1.      I am a Special Agent with the Federal Bureau of Investigation "FBI" and have been employed as such since August 2017.  I am currently assigned to the Salt Lake City Division of the FBI and work out of the Shelby, Montana, Resident Agency.  In that capacity, my primary responsibility is to investigate violent crimes on the Blackfeet Indian Reservation.

2.      I make this affidavit in support of an application for a search warrant authorizing the search of a silver iPhone S, model A1687, and a Lenovo Thinkpad Laptop, serial number PF-01D53X. The information to be searched is described in the following paragraphs and in Attachment A, which is incorporated herein by reference.  The information to be seized is more fully described in Attachment B, which is incorporated herein by reference.  These searches are in connection with

the transfer of Obscene Material to Juvenile Female 1 "JF1," and the receipt of child pornography from Juvenile Female 2, "JF2", by Sean Henry White Bremner.

3.     The information contained in this affidavit comes from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.  I have set forth only the facts I believe necessary to establish probable cause that Bremner used the two devices described above to access the Internet, Facebook, and Facebook Messenger Service, to receive Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2); and to transfer Obscene Material to a Minor, in violation of 18 U.S.C. § 1470.

4.     As detailed more fully below, there is probable cause to search the information described in Attachment A for evidence of these crimes as described in Attachment B.

INVESTIGATION OF SEAN HENRY WHITE BREMNER

5.     In an interview with the FBI in January 2018, JF1 stated she had sex with Bremner twice in the same night at Bremner's home on the Blackfeet Indian Reservation. JF1 stated she was twelve years old at the time she and Bremner had sex and that it took place in the summer, around the time of North American Indian

Days.  JF1 stated that Bremner has "smoked me up" with weed and that before she had sex with him they drank and smoked together.

6. In September 2017[1] and November 2017[2], the FBI received Facebook account information for two accounts maintained by JF1 pursuant to a federal search warrant issued in the District of Montana.  Within JF1's Facebook account were Facebook Messenger conversations between JF1 and a Facebook account with ID number 100006324851195.

7. In March 2018, the FBI obtained subscriber information from Facebook for the account with Facebook User ID number 100006324851195. The account was associated with the Vanity Name "Sean.Bremz." The subscriber information for the account includes a registered email address of shawn.white.7127146@facebook.com.

8. In an interview with the FBI in October 2018, Bremner stated his Facebook ID was "Sean Bremz." The conversation between the two accounts centers on sexual activity, drug, and alcohol use.

9. In reviewing JF1's Facebook account information, it shows that on July 4, 2017, the account associated with Bremner contacted the Facebook account associated with JF1.  Bremner and JF1 discussed making plans to see each other in

---

[1] *See* Case No. MJ-17-53-GF-JTJ, signed August 25, 2017
[2] *See* Case No. MJ-17-63-GF-JTJ, signed November 7, 2017

the following message exchange (the following messages are in chronological order, but do not necessarily consist of all of the messages sent in the timeframe):

| | | | |
|---|---|---|---|
| *Bremner* | *2017-07-04* | *01:33:24 UTC* | *Wyd today?[3]* |
| *Bremner* | *2017-07-04* | *01:40:42 UTC* | *Well I fuckin miss u what's ur plans?!* |
| *JF1* | *2017-07-04* | *04:19:34 UTC* | *Miss you too all be back for snagging days and my plans are to go to spokcan wbu[4]* |
| *Bremner* | *2017-07-04* | *07:41:44 UTC* | *My plans r to see u beautiful ha wyd?!* |

10.  On July 8, 2017, Bremner and JF1, engage in a Facebook conversation concerning a plan to meet up in the following message exchange (the following messages are in chronological order, but do not necessarily consist of all of the messages sent in the timeframe):

| | | | |
|---|---|---|---|
| *Bremner* | *2017-07-08* | *09:26:49 UTC* | *I'm jus passin glacier homes by there rite? That house?* |
| *JF1* | *2017-07-08* | *09:29:51 UTC* | *Yes* |
| *JF1* | *2017-07-08* | *09:29:58 UTC* | *Call me* |
| *JF1* | *2017-07-08* | *09:30:05 UTC* | *When your here* |
| *Bremner* | *2017-07-08* | *09:30:22 UTC* | *Outside my fuckin love!* |
| *Bremner* | *2017-07-08* | *09:30:37 UTC* | *Love ❤* |

11.  On July 12, 2017, Bremner messaged JF1's Facebook account, cursing at her for stealing from him.  The message exchange read (the following messages are in chronological order, but do not necessarily consist of all of the messages sent in the timeframe):

---

[3] "wyd" is commonly used text and internet chat abbreviation for the phrase "what are you doing?"
[4] "wbu" is commonly used text and internet chat abbreviation for the phrase "what about you?"

| | | | |
|---|---|---|---|
| *Bremner* | *2017-07-16* | *09:53:25 UTC* | *U lil cunt did u steal my halfa liter? I'll harass ur lil easy ass when ur active again cunt. I hope I gave u a disease lil bitch hahahahaha I usually do so oaks!!!!* |
| *Bremner* | *2017-07-16* | *10:14:03 UTC* | *Haha have fun with that alcohol I get 2 liters a day that ain't shit like u n ur meth head mom!* |
| *Bremner* | *2017-07-16* | *10:14:33 UTC* | *Meth head bitch I'll snitch u out if u come around me again cunt!* |
| *Bremner* | *2017-07-16* | *10:15:54 UTC* | *U ain't shit I loved fuckin u n kickin u out like the lil slut u r! Hahaha goodnight lil bindle bunny that's all everyone knows u as.* |

12. In an interview with the FBI in October 2018, Bremner stated he knew JF1. Bremner stated that JF1 stole a "bottle" from a party he had attended. Bremner stated he did not "hook up" with JF1 but admitted to having attended a party with her.

13. In August 2019,[5] the FBI received Facebook account information pursuant to a federal search warrant issued in the District of Montana. The account searched was maintained by Bremner.

14. In reviewing Bremner's Facebook account information it shows that on August 12, 2018, Bremner's account solicited and received pornographic photographs from JF2, who was fifteen years old at the time the messages were exchanged. In reviewing JF2's photographs in her publicly available Facebook Page, and comparing those images with nude images, I have concluded that I can

---

[5] *See* Case No. MJ-19-58-GF-JTJ, signed July 17, 2019

reasonably say the pictures that Bremner received are of JF2. The message exchange read (the following messages are in chronological order, but do not necessarily consist of all of the messages sent in the timeframe):

| | | | |
|---|---|---|---|
| *Bremner* | *2018-08-12* | *11:07:27 UTC* | *Bruh I'm miles away lemme see ur body rn?[6] Can I* |
| *Bremner* | *2018-08-12* | *11:13:09 UTC* | *Ount I'm skinny it's all about dad bods these days haha lemme see u in underwear I'll show everything back babe is that cool?* |
| *Bremner* | *2018-08-12* | *11:17:46 UTC* | *Fuck I wud cum in u I'd hate to pull out beautiful* ☺ |
| *Bremner* | *2018-08-12* | *11:19:28 UTC* | *Wya? U know I can't show me ur goods I'll show how much I busy off them* ☐☐☐☺☺ |
| *JF2* | *2018-08-12* | *11:20:39 UTC* | *What you wanna see first* |
| *Bremner* | *2018-08-12* | *11:21:25 UTC* | *Ur puss? N tits I'll show u whatever u want babe* ☺ |

15. On August 12, 2018 at 11:21:36 UTC and 11:21:40 UTC, Bremner's Facebook account received two photographs that depict a female's face and bare chest area. At 11:23:02 UTC and 11:23: 21 UTC, Bremner's account responded with two photographs which depict aroused male genitalia. The continued message exchange read (the following messages are in chronological order, but do not necessarily consist of all of the messages sent in the timeframe):

| | | | |
|---|---|---|---|
| *Bremner* | *2018-08-12* | *11:24:22 UTC* | *Shud I turn my flash on? Fuck I wanna cum in u rn?* ☺ |
| *Bremner* | *2018-08-12* | *11:27:27 UTC* | *Lemme see that pussy then I'm bout to show how much I can cum* ☺ |

---

[6] "rn" is commonly used text and internet chat abbreviation for the phrase "right now"

16.     Bremner's Facebook account subsequently received a photograph from JF2's account depicting a vagina.  This image was received by Bremner's account on August 12, 2018, at 11:27:33 UTC.  At 11:42:16 UTC and 11:42:22 UTC, Bremner's account sent two videos to JF2's account which both depict a penis ejaculating.

17.     During an interview with the FBI in August of 2019, JF2 stated she sent Bremner images of herself that included pictures of her face and bare chest and that she sent pictures of "other stuff."

18.     During review of Bremner's Facebook account, I observed messages between Bremner and others where, on multiple occasions he indicates he is using his phone to access Facebook.  Bremner also mentions times where he does not have his phone so he accesses Facebook from a laptop.

19.     During contact with the FBI on August 19, 2019, Bremner's mother, Shari Bremner, stated Bremner accessed Facebook using her laptop, a Lenovo Thinkpad Laptop (serial number identified to be s/n PF-01D53X).  Shari gave the FBI consent to take the laptop and Bremner's cell phone and both have been in the custody of the FBI since that time.

20.     Based on my training and experience, I know when a user accesses Facebook via an electronic device such as a cell phone and/or computer, images and videos accessed on Facebook may be stored on the device.  Furthermore,

electronic devices such as cell phones and computers can be used to produce, obtain, and transfer, obscene material.

### Age of Victims JF1 and JF 2

21.    The FBI received a facsimile copy of a tribal enrollment certificate from the Blackfeet Enrollment/Per Capita Department certifying tribal affiliation and the date of birth for JF1. JF1's date of birth is certified as being in the fall of 2004 (actual date withheld to protect JF1's privacy).

22.    The FBI received a digital copy of a certificate of Indian blood from the Fort Peck Assiniboine Tribe's Enrollment Department certifying tribal affiliation and the date of birth for JF2. JF2's date of birth is certified as being in the winter of 2002 (actual date withheld to protect JF2's privacy).

### CONCLUSION

23.    Based on the forgoing, there is probable cause to believe Bremner committed the crimes of, Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2), and Transfer of Obscene Material to Minors, in violation of 18 U.S.C. § 1470, and the two devices to be searched will contain evidence of the crimes.

24.    I therefore respectfully request that the application for a search warrant for a silver iPhone S, model A1687, and a Lenovo Thinkpad Laptop, serial

number PF-01D53X be approved and the FBI be authorized to search the two devices.

25. This application has been reviewed by Jeffrey K. Starnes, Assistant United States Attorney for the District of Montana, and he concurs with this request.

Respectfully submitted this 29th day of August 2019.

_____
Alexander Prostko
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on this 29th day of August 2019.

_____
Hon. John Johnston
United States Magistrate Judge